UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Mel Stackpoole,

    Defendant.
_____/

Case: 2:25−cr−20500
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 7/2/2025
Description: INFO USA V. STACKPOOLE (NA)

Violation: 18 U.S.C. § 1519

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 1519 - Knowing Falsification of a Record

Beginning on or around August 8, 2020, and continuing through August 16, 2020, in the Eastern District of Michigan, Southern Division, the defendant, Mel Stackpoole, knowingly altered and falsified records and documents with the intent to impede, obstruct, and influence the proper administration of a matter within the jurisdiction of the United States Coast Guard, a part of the United States Department of Homeland Security, to wit: merchant mariner credential test results and course completion certificates; all in violation of Title 18, United States Code, Section 1519.

JEROME F. GORGON JR.
United States Attorney

*s/ John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit
Assistant United States Attorney

*s/ Timothy J. Wyse*
TIMOTHY J. WYSE
Assistant United States Attorney

*s/ Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney

Dated:  July 2, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20500 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** C.M.L. |

**Case Title:** USA v. Mel Stackpoole

**County where offense occurred:** Macomb

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**            ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 2, 2025
Date

*s/ Corinne M. Lambert*
Corinne M. Lambert
Special Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9129
Fax: (313) 226-2873
E-Mail address: Corinne.Lambert@usdoj.gov
Attorney Bar #: P74285

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.