UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

  v.

Mel Stackpoole

      Defendant.

Case No: 25-cr-20500

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Timothy Wyse<br>Bar ID: MA 667514<br>Telephone: 313-226-9144<br>Email: Timothy.Wyse@usdoj.gov | Name:<br>Telephone: |

Jerome F. Gorgon, Jr.
United States Attorney

*s/Timothy Wyse*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Timothy.Wyse@usdoj.gov
(313) 226-9144
MA 667514

Dated: July 9, 2025