UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
AUG 12 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRIM. CASE NO. 25-20500
HON. TERRENCE G. BERG

MEL STACKPOOLE,

Defendant.

## WAIVER OF INDICTMENT

I, MEL STACKPOOLE, the defendant in this case, understand that I am being charged with the following felony: Knowing Falsification of a Record, in violation of 18 U.S.C. § 1519. I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
MEL STACKPOOLE
Defendant

_____
DENNIS A. JOHNSTON
Attorney for Defendant

Dated: 7/17/25