**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED
AUG 12 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEL STACKPOOLE,

    Defendant.

Crim. Case No. 25-20500
Hon. Terrence G. Berg

---

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

I, Mel Stackpoole, the defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: Knowing Falsification of a Record (18 U.S.C. § 1519):
Up to 20 Years of Imprisonment, a Fine Up to $250,000, or both.

_Mel Stackpoole_
Mel Stackpoole
Defendant

Dated: 7-17-25

- 2 -

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
DENNIS A. JOHNSTON
Counsel for Defendant

Dated: 7/17/25