PS8
(01/24)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Mel Stackpoole                        Docket No. 25-20500

**Petition for Action on Conditions of Pretrial Release**

       COMES NOW Isabella Miller, Pretrial Services Officer, presenting an official report on defendant Mel Stackpoole, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Kimberly G. Altman sitting in the court at Detroit, Michigan, on August 12, 2025, under the following conditions:

1. Report to Pretrial Services Agency (PSA) as directed.
2. Surrender any passport immediately and/or enhanced identification to the supervising officer as directed.
3. Not obtain a passport, enhanced identification or other international travel documents.
4. Travel restricted to the continental United Sates and U.S. Waterways only, unless previous consent is given by Pretrial Services or the Court.
5. Not possess a firearm, destructive device, or other dangerous weapons.
6. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.

**Respectfully presenting petition for action of court and for cause as follows**:

On August 20, 2025, the defendant contacted his supervising officer to discuss the return of his United States passport. In the same conversation, the defendant mentioned being in possession of a valid Concealed Pistol License (CPL) and inquired about turning it over along with his United States passport. At his Initial Appearance, the defendant surrendering his CPL was not ordered as part of his conditions of release.

In light of the aforementioned, and in consideration of officer safety when conducting community visits, Pretrial Services is requesting the addition of the condition that the defendant surrender his Concealed Pistol License (CPL), as directed by his supervising officer.

Pretrial Services has spoken with the Assistant United States Attorney, Corinne Lambert, and Defense Counsel, Dennis Johnston, who both reported no objected to the request herein.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND BE AMENDED TO REFLECT THE FOLLOWING ADDED CONDITION:**

- Surrender Concealed Pistol License (CPL) to the supervising officer as directed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025

Respectfully,

Isabella Miller

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: August 21, 2025

**THE COURT ORDERS:**

[ ]   No Action

[ x ]   Modification of Pretrial Conditions as Requested

[ ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]   The Issuance of a Warrant [check one]

  [ ]   Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

  [ ]   Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ]   The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]   Other

ORDER OF COURT

Considered and ordered this ___26___ day of ___August___, 20_25_ and ordered filed and made a part of the records in the above case.

s/Terrence G. Berg

United States District Court Judge

Terrence G. Berg